726

In the Matter of ANSCHEL E. BARSHAY, an Attorney.— Reference ordered. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Dore, JJ.

### (May 16, 1938.)

In the Matter of the Application of HUGH F. TRAVERS, Petitioner, against HENRY E. BRUCKMAN, Chairman, and Others, Constituting the State Liquor Authority of the State of New York, Respondents.— Determination unanimously confirmed, with fifty dollars costs and disbursements to the respondents. No opinion. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Dore, JJ.

In the Matter of MARTIN FRIEDMAN, an Attorney.— Motion granted as indicated in order. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

### (May 20, 1938.)

LINDA A. GRIFFITH, Respondent, v. DAVID W. GRIFFITH, Appellant.— Order, so far as appealed from, unanimously affirmed, with twenty dollars costs and disbursements, with leave to the defendant to serve a further amended answer within twenty days after service of order upon payment of said costs. No opinion. Present — O'Malley, Townley, Dore, Cohn and Callahan, JJ.

In the Matter of the Application of ALFRED CARR and Others, Petitioners, Respondents, for an Order against JAMES E. FINEGAN, President, and Others, Commissioners, as Members of and Constituting the Municipal Civil Service Commission of the City of New York, and Another, Appellants.— Orders affirmed, with costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Dore, JJ.; Dore, J., dissents.

ST. LOUIS CONSTRUCTION Co., INC., Appellant, v. THE CITY OF NEW YORK and Others, Respondents. LOUIS FRIEDMAN, Appellant, v. THE CITY OF NEW YORK and Others, Respondents.— Judgments unanimously affirmed, with one bill of costs to the respondents. No opinion. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Dore, JJ.

In the Matter of the Application of MOODY'S INVESTORS SERVICE, Petitioner, for an Order against FRANK J. TAYLOR, Comptroller of the City of New York, Respondent.— Determination unanimously confirmed, with fifty dollars costs and disbursements to the respondent. No opinion. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Dore, JJ.

MANHATTAN SQUARE BERESFORD, INC., Respondent, v. IRWIN P. STRAUSS, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Dore, JJ.

ISABELLE J. McDONALD and Others, as Executors and Trustees, etc., of FREDERIC A. JUILLIARD, Deceased, Appellants, v. JOSEPH E. STEVENS, Respondent.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Dore, JJ.

In the Matter of the Petition of JAMES J. BLACKWELL, Petitioner, for an Order against JOHN J. McELLIGOTT, as Fire Commissioner of the City of New York, Respondent.— Determination unanimously confirmed, with fifty dollars costs and disbursements to the respondent. No opinion. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Dore, JJ.